# NO. 12-23-00146-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF* | § | *APPEAL FROM THE* |
| *F. E. C., A CHILD* | § | *COUNTY COURT AT LAW* |
| | § | *NACOGDOCHES COUNTY, TEXAS* |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, H.L.P., filed a motion to dismiss this appeal. The motion to dismiss is *granted*, and the appeal is *dismissed*. *See* TEX. R. APP. P. 42.1(a).

Opinion delivered February 22, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 22, 2024**

**NO. 12-23-00146-CV**

**IN THE INTEREST OF F. E. C., A CHILD**

Appeal from the County Court at Law
of Nacogdoches County, Texas (Tr.Ct.No. C1934782)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*